UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL CANNON,<br><br>        Plaintiff,<br><br>    -v.-<br><br>HISTORICAL DESIGN, INC.,<br><br>        Defendant. | 24 Civ. 7662 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff's motion for a default judgment, ECF No. 19, is GRANTED.  The case is referred to the designated Magistrate Judge, Judge Gorenstein, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

  The Clerk of Court is directed to terminate ECF No. 19.

  SO ORDERED.

Dated: June 10, 2025
    New York, New York

                      _____
                       JENNIFER H. REARDEN
                       United States District Judge