UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BILL CANNON,                                                   :

        Plaintiff,                                           :

  -against-                                                    :    ORDER

                                                               :

HISTORICAL DESIGN, INC.,                                           24 Civ. 7662 (JHR) (GWG)
                                                               :

        Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Before the Court is plaintiff Bill Cannon's motion for a default judgment (Docket # 19). Cannon requests attorneys' fees and costs. (Docket # 22, at 20).

      In support of this motion, Cannon submitted a declaration of his attorney, Joshua Vera. (Docket # 21). Annexed to that declaration is a time record of the hours expended on this matter by attorneys and paralegals. Vera's declaration does not attest that this time record was based on contemporaneous time entries. (Docket # 21). Such an attestation, however, is required for court-ordered compensation. See N.Y. State Ass'n for Retarded Children, Inc. v. Carey, 711 F.2d 1136, 1148 (2d Cir. 1983) ("any attorney . . . who applies for court-ordered compensation in this Circuit . . . must document the application with contemporaneous time records . . . specify[ing], for each attorney, the date, the hours expended, and the nature of the work done").

      Accordingly, if Cannon wishes to seek an award of attorney's fees against Historical Design, he shall, on or before August 15, 2025, make a filing that corrects this error.

 Dated: August 8, 2025
      New York, New York

                                            SO ORDERED:

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge